# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiffs,

v.

ANDREW R. WHEELER, in his official capacity as the Acting Administrator of the United States Environmental Protection Agency,

    Defendant.

Case No. 4:16-cv-4092-PJH

[PROPOSED] ORDER

The Court, having considered the parties' Joint Motion for Relief from Consent Decree (Dkt. No. 44), hereby **GRANTS** the Joint Motion for Relief from Consent Decree. The obligation set forth in Paragraph 3.g of the Revised Consent Decree entered by the Court on January 19, 2017 (Dkt. No. 32) is modified to remove the following state implementation plan elements:

1. Graphic Arts – Rotogravure and Flexography CTG RACT;
2. Surface Coating of Fabrics CTG RACT;
3. Surface Coating of Paper CTG RACT; and
4. Use of Cutback Asphalt CTG RACT.

**IT IS SO ORDERED**.

DATED this "37ÿ "day of August, 2018.

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE